IN THE COURT OF APPEALS OF TENNESSEE

AT KNOXVILLE


RONALD STEPHEN SATTERFIELD,   ) C/A NO. 03A01-9805-CV-00162

**FILED**

October 13, 1999

Cecil Crowson, Jr.
Appellate Court Clerk

SR.,                              )
                                 )
       Plaintiff-Appellee,   )
                                 )

                                 )
   v.                   ) APPEAL AS OF RIGHT FROM THE
                                 ) KNOX COUNTY CIRCUIT COURT
                                 )
                                 )
                                 )
                                 )
GARY LONG and               )
RICHARD M. SMITH,          )
                                 ) HONORABLE DALE C. WORKMAN,
       Defendants-Appellants.) JUDGE


## CONCURRING OPINION


      I concur in the majority opinion authored by Judge Goddard. I write separately to disassociate myself from the following statement in the opinion: "It is well-settled...that expert opinions must be based upon a reasonable degree of certainty." I adhere to the position expressed by me in the case of **Reel v. Crawley**, C/A No. 03A01-9402-CV-00071, 1994 WL 399566 (Tenn.App. E.S., filed at

Knoxville August 2, 1994) (Susano, concurring opinion).  In that case, I opined that an "expert's testimony that the nexus between an event and an injury is probable or, stated a different way, more likely than not, is all that is or should be required."  Having said this, I hasten to add that I agree with the majority's conclusion that Dr. Justice's testimony was speculative and that the trial court acted within its discretion in refusing to allow it into evidence.

_____
Charles D. Susano, Jr., J.